## BROWN v. SELECT THEATRES CORPORATION.

### Civ. A. No. 2194.

District Court, D. Massachusetts.
March 15, 1943.

Anthony Brayton and Hale & Dorr, all of Boston, Mass., for plaintiff.

James C. Gahan, Jr., of Belmont, Mass., and Ropes, Gray, Best, Coolidge & Rugg, of Boston, Mass., for defendant.

FORD, District Judge.

The defendant's motion for bill of particulars is denied. I see no reason why the defendant is not in a position to plead to the complaint. The matters it seeks to be informed about are evidential and can be secured by way of discovery.